**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR F. VASQUEZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>FERNANDO GONZALEZ, Warden,<br><br>　　　　　Respondent. | NO. EDCV 08-00155 AHM (SS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 4, 2010

　　　　　　　　　　　　　　　　　　　／s／ A. Howard Matz
**JS-6**　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE